

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00234-CV

_____

TAMMI SWINNEY, Appellant

V.

MAXINE ACOLA, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-326327-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' agreed motion to dismiss, in which they indicate that they have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Consistent with the parties' agreement, each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 10, 2022